**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Annie Jackson, Appellant.

Appellate Case No. 2014-002547

-----

Appeal From Spartanburg County
James R. Barber, III, Circuit Court Judge

-----

Unpublished Opinion No. 2016-UP-277
Submitted March 1, 2016 – Filed June 8, 2016

-----

**APPEAL DISMISSED**

-----

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia; and Solicitor Barry Barnette, of Spartanburg, for Respondent.

-----

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, A.C.J., and SHORT and THOMAS, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.